# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JOHN G. YATES, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NO. 10-CV-708-WDS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

This matter is before the Court on the Report and Recommendation ("R & R") of United States Magistrate Judge Clifford J. Proud (Doc. 26). The R & R concludes that the Administrative Law Judge's decision, denying plaintiff John G. Yates Disability Insurance Benefits and Supplemental Security Insurance, is supported by substantial evidence in the record as a whole and that no errors of law were made. Accordingly, the R & R recommends that the Court affirm the final decision of the Commissioner finding that plaintiff is not disabled. Objections to the R & R were due by July 11, 2011. To date, plaintiff has not filed an objection. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct de novo review. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Upon review of the record, the Court **ADOPTS** the R & R (Doc. 26) in its entirety. This action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATED: July 13, 2011**

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE